## AFFIDAVIT OF DARREL REECE HUNTER

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF POTTER | § |

BEFORE ME, the undersigned authority, personally appeared Darrel Reece Hunter, who proved to me to be the person whose name is subscribed to this instrument, and being by me duly sworn, deposed and said:

"My name is Darrel Reece Hunter. I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated in it.

"I am currently unemployed and have received no income from employment since my bankruptcy filing on June 2, 2008, until this date. I am currently seeking employment so that I may remain in my Chapter 13 Bankruptcy.

"Further, Affiant sayeth not."

*Darrel Reece Hunter*
Darrel Reece Hunter

SUBSCRIBED AND SWORN TO BEFORE ME on June 13, 2008, to certify which witness my hand and official seal.

*Jennifer Campbell*
Notary Public in the State of Texas

JENNIFER KAYE CAMPBELL
Notary Public, State of Texas
My Commission Expires
December 15, 2010

MicroFour, Inc. vs Scott Latham
Affidavit of Scott Latham