Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue,
Lubbock, TX 79424
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

IN RE:

DARREL REECE HUNTER

CASE NO: 08-20303-RLJ-13
HEARING DATE: 7/17/2008
HEARING TIME: 11:00 AM

### TRUSTEE'S MOTION TO DISMISS FOR REQUIRED INFORMATION PRIOR TO CREDITOR MEETING AND OR REDUCE ATTORNEY FEES

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss for Required Information Prior to Creditor Meeting and or Reduce Attorney Fees in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2006-08 and would respectively show unto to the Court as follows:

Motion is being filed for delay prejudicial to creditors for the following reasons: Debtor(s) failure to provide photo identification, copy of social security card, declaration page of home insurance, complete six months pay records or affidavit, 2007 tax return, Debtor's Acknowledgement of Duties and Responsibilities, wage withholding form, and Domestic Support Obligation Affidavit.

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed and/or Debtor's Attorney's fees be reduced, per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

IMPORTANT NOTICE

A HEARING WILL BE HELD 7/17/2008 AT 11:00 AM AT THE FOLLOWING ADDRESS:

VIDEO:  UNITED STATES COURTROOM, 624 S POLK ST, ROOM 100, AMARILLO, TEXAS 79101

A PRE-HEARING CONFERENCE SHALL BE HELD AT THE SAME LOCATION AT 08:30 AM  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

DARREL REECE HUNTER PO BOX 8712  AMARILLO TX 79114

VAN W NORTHERN NORTHERN LAW FIRM 112 W 8TH STREET STE 400 AMARILLO TX 79101

WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242

Date:     6/23/2008                                                         /s/ Walter O'Cheskey
                                                                            _____
                                                                            Walter O'Cheskey
                                                                            Chapter 13 Trustee