Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
Lubbock, TX 79423
(806) 748-1980 Phone
(806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DARREL REECE HUNTER                                                                CASE NO. 08-20303-RLJ-13

DEBTOR(S)

**NOTICE OF FILING FINAL REPORT AND ACCOUNT BY TRUSTEE**

   Notice is hereby given pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009 that Walter O'Cheskey, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered.  The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY CT, 624 SOUTH POLK, SUITE 100, AMARILLO, TEXAS, 79101, and is available for review.  A summary of the report is as follows:

| | |
|---|---:|
| Total Receipts | $0.00 |
| Administrative Disbursements | $0.00 |
| Attorney Fee Disbursements | $0.00 |
| Priority Disbursements | $0.00 |
| Secured Disbursements | $0.00 |
| Unsecured Disbursements | $0.00 |
| Total Disbursements by Trustee | $0.00 |
| Percent Proposed to be Paid to Unsecured Creditors | 0.00 % |

   Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case be terminated.

   Dated:    8/8/2008                                                                                             /s/  Walter O'Cheskey

                                                                                                                        Standing Bankruptcy Trustee
                                                                                                                        By:    Lanita Jester